IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RUFUS L. KING, JR.                                                          PETITIONER

VS.                                        CIVIL ACTION NO.  5:07-CV-151-DCB-MTP

CONSTANCE REESE                                                          RESPONDENT


<u>JUDGMENT</u>

This matter having come on to be heard on this date upon the Report and

Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after

a full review of the record, having adopted said Report and Recommendation as the finding of

this Court by Order dated this day, finds that  Rufus L. King Jr.'s Petition for a Writ of Habeas

Corpus [1]  should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be,

and the same is hereby, dismissed without prejudice.

SO ORDERED this the  20th  day of  July,  2009.


s/David Bramlette
UNITED STATES DISTRICT JUDGE